Kingdon William DE NORMAND, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 385, Docket 24560.

United States Court of Appeals Second Circuit.

Argued June 10, 1957.

Decided July 5, 1957.

See also United States v. De Normand, 2 Cir., 171 F.2d 854, certiorari denied De Normand v. United States, 337 U.S. 943, 69 S.Ct. 1498, 93 L.Ed. 1747.

Kingdon William de Normand, pro se.

Mark F. Hughes, Jr., Asst. U. S. Atty., S. D. N. Y., New York City (Paul W. Williams, U. S. Atty., New York City, on the brief), for respondent-appellee.

Before CLARK, Chief Judge, and CHASE and HINCKS, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Anthony ANGELET and William Angelet, Petitioners-Appellants,

v.

UNITED STATES of America, Respondent-Appellee.

No. 379, Docket 24541.

United States Court of Appeals Second Circuit.

Argued June 10, 1957.

Decided July 5, 1957.

Anthony Angelet and William Angelet, pro se.

George C. Mantzoros, Asst. U. S. Atty., S.D.N.Y., New York City (Paul W. Williams, U. S. Atty., New York City, on the brief), for respondent-appellee.

Before CLARK, Chief Judge, and CHASE and HINCKS, Circuit Judges.

PER CURIAM.

Judgment affirmed.